UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER MELVIN,

     Plaintiff,

-vs-                        CASE NO.: 8:18-cv-1911-T-36SPF

OCWEN LOAN SERVICING, LLC,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

     Plaintiff, WALTER MELVIN, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant OCWEN LOAN SERVICING, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERIVCE

     I HEREBY CERTIFY that on this 7th day of January, 2020, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

/s/ David P. Mitchell_____
David P. Mitchell, Esquire
Florida Bar No. 067249
Richard D. Giglio, Esquire
Florida Bar No. 0128392
MANEY & GORDON, P.A.
101 E. Kennedy Blvd., Ste 1700
Tampa, Florida 33602
Telephone: (813) 221-1366
Fax: (813) 223-5920
Attorneys for Plaintiff